UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NOTICE OF NEW CUSTODIAL TRUSTEE. | Case No. 24-mc-80050-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|---|---|

Michael Louis Castagnola filed this miscellaneous action on February 28, 2024. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *Castagnola v. County of Sonoma*, 19-cv-08290 JSC.

**IT IS SO ORDERED.**

Dated: March 20, 2024

_____
DONNA M. RYU
Chief Magistrate Judge